UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21575-CIV-O'SULLIVAN
[CONSENT]

RICARDO RODRIGUEZ, and all
others similarly situated under 29
U.S.C. § 216(B),
  Plaintiffs,

v.

DIEGO'S RESTAURANT, INC. et al.,
  Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

  THIS MATTER came before the Court <u>sua</u> <u>sponte</u> following notice from the

parties that the case has settled and the Court having conducted a hearing on August

7, 2008 concerning the settlement.

  THE COURT has heard from counsel and considered the terms of the

Settlement Agreement, the pertinent portions of the record, and is otherwise fully

advised in the premises.

  This case involves a claim for unpaid overtime and minimum wage violations

under the Fair Labor Standards Act, 29 U.S.C. §201, <u>et</u> <u>seq</u> ("FLSA").  In reviewing a

settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for

fairness," and determine that the settlement is a "fair and reasonable resolution of a

bona fide dispute over FLSA provisions."  <u>Lynn Food Stores v. United States</u>, 679 F.2d

1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context

where both sides are represented by counsel throughout litigation "is more likely to

reflect a reasonable compromise of disputed issues."  <u>Id</u>.  The district court may

approve the settlement in order to promote the policy of encouraging settlement of

litigation.  Id. at 1354.

In this case, there is a <u>bona fide</u> dispute over FLSA provisions, as evidenced by the claims alleged in the complaint.  The Court finds that the compromise reached by the parties under the terms of the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

ORDERED AND ADJUDGED that the parties' Settlement Agreement is hereby **APPROVED**.

DONE AND ORDERED in Chambers at Miami, Florida this **7th** day of August, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record