UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21575-CIV-O'SULLIVAN
[CONSENT]

RICARDO RODRIGUEZ, and all
others similarly situated under 29
U.S.C. § 216(B),
    Plaintiff,
v.

DIEGO'S RESTAURANT, INC. et al.,
    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Final Default Judgment Against Defendants (DE# 48, 9/19/08). Pursuant to this Court's Order granting said motion, Final Judgment is hereby entered in favor of the plaintiff and against the defendant. It is

ORDERED AND ADJUDGED that the plaintiff, Ricardo Rodriguez, shall recover fifty thousand dollars ($50,000), exclusive of interest, from the defendants, Diego's Restaurant, Inc., Diego C. Lozano and Sagrario Berruguete, jointly and severally. Interest shall accrue at the rate prescribed by 28 U.S.C. § 1961 until this judgment is satisfied, for which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this **15th** day of April, 2009.

                                                _____
                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record